

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2021

No. 04-20-00546-CV

Richard Louis **FLEMING**, III,
Appellant

v.

**NASA FEDERAL CREDIT UNION**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0167
Honorable Bill Squires, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Lori I. Valenzuela, Justice

On April 14, 2021, appellant filed a "Notice to Proceed in Equity." Appellant moved this court to (1) "proceed with a hearing ex parte, in camera, and in chambers"; (2) "correct the record and caption to reflect the proper name of i [sic] as Richard Louis Fleming, III"; and (3) provide a response and "full disclaimer under penalty of perjury" to be "received within three (3) days as well if i [sic] am wrong about the caption using the misnomer or mistake" that "must list the laws they used for the improper style of the caption."

The motion is DENIED.

It is so **ORDERED** April 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT